**ORDERED in the Southern District of Florida on September 11, 2026.**

**Peter D. Russin, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re: Edgar Miguel Reyes

Case No.: 25-21250-PDR
Chapter 13

Debtor /

**ORDER SUSTAINING OBJECTION TO CLAIM OF CAVALRY SPV I, LLC**

THIS MATTER having come to be heard without objection on the chapter 13 consent calendar-on September 8, 2026, upon Debtor's Objection to Claim of Cavalry SPV I, LLC; claim #18 ("Objection") [ECF#37] and based on the record, IT IS;

ORDERED AND ADJUDGED:

1. The Objection is SUSTAINED.
2. The claim is stricken and disallowed.

###

Respectfully Submitted:
Jose A. Blanco | 062449, **JOSE A. BLANCO, P.A.,** 102 E 49th ST
Hialeah, FL 33013, Tel: (305) 349-3463, Fax: (786) 567-5057, E-Mail: jose@blancopa.com

Jose A. Blanco, Esq. must serve a copy of this order on the debtor, all creditors, and all indenture trustees and must file a certificate of service as required by Local Rule 9036-2. This service direction does not apply, however, if the submitting attorney is an attorney in the office of the United States trustee, in which case the Clerk of Court will serve this order under Local Rule 2002-1(a)(1).